UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:

MIGUEL A. SOTOLONGO,

Case No.: 2:24-bk-01323-FMD
Chapter 13

Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that pursuant to Rules 2002, 9007, 9010(b) and 9013 of the Federal Rules of Bankruptcy Procedures, the undersigned attorney enters her appearance as counsel for Creditor, **CARRINGTON MORTGAGE SERVICES, LLC.,** and requests that all notices, pleadings and correspondence be given to and served upon the undersigned at the following office address, telephone number, facsimile number and email address: Christian J. Gendreau, Esq., Storey Law Group, PA, 221 NE Ivanhoe Blvd., Suite 300, Orlando, FL  32804, cgendreau@storeylawgroup.com, Telephone: 407.488.1225, Facsimile: 407.488.1177.

PLEASE TAKE FURTHER NOTICE that neither the filing of Notice and Request, nor anything contained herein is intended to waive or shall constitute a waiver of any rights of CARRINGTON MORTGAGE SERVICES, LLC, all of which are reserved.

CHRISTIAN J. GENDREAU, ESQ.
Florida Bar No. 620939
Storey Law Group, P.A.
221 NE Ivanhoe Blvd. Suite 300
Orlando, FL  32804
Telephone: 407.488.1225
Facsimile: 407.488.1177
cgendreau@storeylawgroup.com
*Attorney for Creditor, Carrington Mortgage Services, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via electronic transmission through the Court's CM/ECF portal, or via U.S. First Class Mail to: Miguel A. Sotolongo, c/o Jose A. Blanco, Esq., 102 East 49th St., Hialeah, FL 33013, eservice@blancopa.com; Jon Waage, Chapter 13 Trustee, P.O. Box 25001, Bradenton, FL 34206-5001; the Office of the United States Trustee, Timberlake Annex, Ste. 1200, 501 E. Polk St., Tampa, FL 33602; and all parties receiving CM/ECF electronic service in this case, this 3 day of October 2024.

/s/ Christian J. Gendreau

CHRISTIAN J. GENDREAU, ESQ.
Florida Bar No. 620939