ORDERED.

Dated: November 17, 2025

_____
Luis E. Rivera II
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:   Miguel A Sotolongo

Case No.: 2:24-bk-01323-FMD
Chapter 13

_____Debtor_____/

## ORDER SUSTAINING RENEWED OBJECTION TO CLAIM OF CARRINGTON MORTGAGE SERVICES

THIS CASE came for consideration upon the Debtor(s)' Objection to Claim No. 9 of Carrington Mortgage Services (Doc. No. 27) (the "Objection"). The Court finds that the Objection was served on all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within thirty (30) days of the date of service. No party filed an objection within the time permitted. Accordingly, it is

ORDERED:

1. The Objection (Doc. No. 27) is sustained.

2. The claim is allowed as filed without distribution from the Chapter 13 Trustee.

# # #

Respectfully Submitted:
Jose A. Blanco | 062449, **JOSE A. BLANCO, P.A.,** 102 E 49th ST, Hialeah, FL 33013, Tel: (305) 349-3463, Fax: (786) 567-5057, E-Mail: jose@blancopa.com

Jose A. Blanco, Esq., is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.